IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL BOHMIER | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NOS. 07-5018, 07-3962 |
| JOHN ARRELL, ET AL. | : | |
| | : | |

## ORDER

**AND NOW**, this  10th   day of   August  , 2018, upon consideration of Defendant's Motion to Dismiss Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6), (ECF No. 16), and Defendants, George A. Brutscher, Edward M. Foley, Clare L. Milliner, Neil E. Land, and Christine Zaccarelli's, Motion To Dismiss Plaintiff's Amended Complaint, (ECF No. 27), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motions are **GRANTED** and Plaintiff's Amended Complaint is **DISMISSED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court mark this matter **CLOSED** along with the consolidated case Civil Action No. 07-3962.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**